258

838 A.2d 463

IN THE MATTER OF HARRY J. KANE, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 048711988)

January 14, 2004.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 03–183, concluding that **HARRY J. KANE, JR.,** of **DENVILLE,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HARRY J. KANE, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.